# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GERALD E. OLSEN, ROGER REEVES, RICHARD PETERSON, RICHARD DENSBERGER, individually and on behalf of all current and former participants and beneficiaries of the Clark Bros. Transfer, Inc. Employee Stock Ownership Plan and Trust, and the CLARK BROS. TRANSFER, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,** | **CASE NO. 8:04CV106** |
| **Plaintiffs,** | |
| vs. | **ORDER OF DISMISSAL** |
| **JAMES D. CLARK, GRANT J. DEYONGE, STUART KUTLER, CLARK BROS. TRANSFER, INC., a Nebraska corporation,** | |
| **Defendants.** | |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 88). The Court finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Stipulation shall be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation to Dismiss with Prejudice (Filing No. 88) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims asserted in this matter are dismissed with prejudice; and

3. The parties shall bear their own costs and attorney's fees, unless otherwise agreed by and between them.

Dated this 4th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge